# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400

August 5, 2016

Third Judicial District Court
201 W. Picacho Ave.
Las Cruces, NM 88005
Attn: Civil Division

**Re:** **Rodriguez v. Las Cruces Medical Center, LLC et al**
**Our Case # CV 16-489 WJ/GBW; your Case # CV 15-2506**

To Whom it May Concern,

Please find enclosed a certified copy of the Memorandum Opinion and Order signed by United States District Judge William P. Johnson, remanding this case to your court. The **original case file** and a certified copy of the docket sheet are enclosed.

Please acknowledge receipt of these records by returning a copy of this letter to this office.

Sincerely,

MATTHEW J. DYKMAN,  CLERK

By:_____
Deputy Clerk

enclosures
cc: counsel of record/file